No. 89, October Term, 1970. LEMON ET AL. *v.* KURTZ-MAN, SUPERINTENDENT OF PUBLIC INSTRUCTION OF PENNSYLVANIA, ET AL., 403 U. S. 602. Motion for supplemental opinion and petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.

No. 130, October Term, 1970. WENZEL *v.* UNITED STATES, 402 U. S. 981;

No. 132, October Term, 1970. MILLANG *v.* UNITED STATES, 402 U. S. 981;

No. 1457, October Term, 1970. McMILLAN *v.* FEDERAL NATIONAL MORTGAGE ASSN., 402 U. S. 936;

No. 1531, October Term, 1970. DAVIS *v.* MEMBERS OF SELECTIVE SERVICE BOARD No. 30 OF DALLAS, TEXAS, ET AL., 402 U. S. 999;

No. 1550, October Term, 1970. SILK *v.* KLEPPE, ADMINISTRATOR OF SMALL BUSINESS ADMINISTRATION, ET AL., 402 U. S. 1012; and

No. 1568, October Term, 1970. BEAN ET AL. *v.* ILLINOIS, 402 U. S. 1009. Motions to dispense with printing petitions for rehearing granted. Petitions for rehearing denied.

No. 299, October Term, 1970. COHEN *v.* CALIFORNIA, 403 U. S. 15. Motion of Charles H. Keating, Jr., for leave to file a brief as *amicus curiae* in support of rehearing granted. Petition for rehearing denied.

No. 1613, October Term, 1970. GOTTESMAN ET AL. *v.* GENERAL MOTORS CORP. ET AL., 403 U. S. 911. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 5006, October Term, 1970. MATHIS *v.* NEW JERSEY, 403 U. S. 946; and

No. 5011, October Term, 1970. FUNICELLO *v.* NEW JERSEY, 403 U. S. 948. Motions for clarification and petitions for rehearing denied.